**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY FORWARD FOUNDATION,
P.O. Box 34553
Washington, D.C. 20043,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave NW,
Washington, DC 20530

and

FEDERAL BUREAU OF INVESTIGATION,
935 Pennsylvania Ave NW,
Washington, DC 20535

*Defendants*.

Case No. 25-cv-3559

**FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff Democracy Forward Foundation brings this action against Defendants U.S. Department of Justice ("DOJ") and its component agency Federal Bureau of Investigation ("FBI") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and the production of the recording of now-White House Border Czar Tom Homan's acceptance of a $50,000 cash payment from undercover FBI agents in September 2024. Plaintiff alleges as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper under 28 U.S.C. § 1391(e), as Defendants' headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

**Parties**

3.      Plaintiff Democracy Forward Foundation ("DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies. DFF is primarily engaged in disseminating information to the public, as public records it has obtained have been used in numerous media reports, and it disseminates information concerning government activities through blogs and investigations it makes publicly-available.[1] DFF intends to continue to post public records it receives and to disseminate information about those records through its own analysis and products, and through media outlets.

4.      Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. DOJ has possession, custody, and control of records to which Plaintiff seeks access.

---

[1] *See, e.g.*, Democracy Forward Foundation, *Investigation*, https://democracyforward.org/work-category/investigation/; Democracy Forward Foundation, *Policy & Education*, https://democracyforward.org/work-category/research/.

5.      Defendant FBI is a component of DOJ and a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. The FBI has possession, custody, and control of records to which Plaintiff seeks access.

**Now-White House Border Czar Homan's Acceptance of Cash Payment**

6.      In September 2025, numerous media outlets reported that, in September 2024, now-White House senior official and "Border Czar" Tom Homan was recorded accepting a $50,000 cash payment from undercover FBI agents posing as businesspeople seeking assistance in securing government contracts.[2]

7.      Before receiving the payment, Mr. Homan had publicly stated that he would return to the federal government if President Trump was reelected in the 2024 election.[3]

8.      Mr. Homan's acceptance of the payment led to his being investigated for potential bribery and criminal violations.[4]

**The Trump-Vance Administration's Closure of the Homan Investigation**

9.      Political appointees of the Trump-Vance Administration have been involved in the investigation of Mr. Homan since at least February 2025, with former Deputy Attorney General Emil Bove having expressed skepticism about the investigation in the Administration's early weeks.[5]

10.      On September 20, 2025, Deputy Attorney General Todd Blanche and FBI Director Kash Patel issued a joint statement regarding the investigation of Mr. Homan stating that DOJ prosecutors and FBI agents conducted a "full review" and "found no credible evidence of any

---

[2] Devlin Barrett et al., *Trump Justice Dept. Closed Investigation Into Tom Homan for Accepting Bag of Cash*, N.Y. Times (Updated Sept. 22, 2025), https://www.nytimes.com/2025/09/20/us/politics/tom-homan-fbi-trump.html.
[3] *Id.*
[4] *Id.*
[5] *Id.*

3

criminal wrongdoing." Deputy Attorney General Blanche and Director Patel further stated "the investigation has been closed."[6]

11.    A White House spokesperson responded to extensive media coverage of Mr. Homan's acceptance of this payment by calling the case a "blatantly political investigation."[7]

12.    Mr. Homan did not directly answer a question about whether he had accepted the cash payment, instead stating "I did nothing illegal."[8]

13.    Numerous members of the U.S. House of Representatives and the U.S. Senate have asked for the production of the recording of Mr. Homan's acceptance of this cash payment and further investigation of the ethical concerns raised by and the Administration's closure of the consequent investigation.[9]

**DFF's FOIA Request for the Recording of Homan's Cash Payment**

14.    To shed light on the actions of a senior White House official shortly before he entered government and the context of the Trump-Vance Administration's decision to close a criminal matter involving that official, DFF submitted a FOIA request to DOJ's Office of

---

[6] *Id.*

[7] *Id.*

[8] *Id.*

[9] Michael Gold, *Democrats Open Inquiries Into Handling of Homan Investigation*, N.Y. Times (Sep. 23, 2025), https://www.nytimes.com/2025/09/23/us/politics/tom-homan-democrats-investigation.html; Mike Lillis & Rebecca Beitsch, *Dems Launch Probes Into Trump's Border Czar Amid Bribe Allegations*, The Hill (Sep. 24, 2025), https://thehill.com/homenews/5518431-house-democrats-tom-homan-investigation/; Jose Pagliery, *Judiciary Dems Demand That the FBI Turn Over Tapes From Quashed Tom Homan Bribery Investigation*, NOTUS (Sep. 23, 2025), https://www.notus.org/congress/judiciary-democrats-letter-tom-homan-investigation; David Smith, *Democrats Urge Trump Border Czar Investigation Over Bribery Allegation*, The Guardian (Sep. 22, 2025), https://www.theguardian.com/us-news/2025/sep/22/democrats-tom-homan-report; Tara Suter, *Democrats Demand Answers on Homan Bribery Investigation, The Hill (Sep. 22, 2025), https://thehill.com/homenews/senate/5515952-trump-border-czar-probe-outrage/; WLIW-FM, House Dems call on Rep. Garbarino to Force Tom Homan to Testify, (Sep. 23, 2025), https://www.wliw.org/radio/captivate-podcast/house-dems-call-on-rep-garbarino-to-force-tom-homan-to-testify/.*

Information Policy ("OIP"), Criminal Division ("CRM"), and Executive Office for United States Attorneys ("EOUSA") on September 22, 2025, seeking the following:

> Any recording (either video or audio) of the meeting on or around September 20, 2024, in Texas between undercover FBI agents and Tom Homan.

15.     On September 25, 2025, DFF submitted a request for expedited processing to DOJ and the FBI, including directly to OIP, explaining that this was a matter of exceptional media interest involving potential questions of government integrity that affect public confidence.

16.     The request for expedited processing noted three questions of government integrity raised by the extensive reporting on the alleged recording of Homan receiving $50,000 in cash from undercover agents and the subsequent closure of the investigation of Homan. *See* Exhibit 1.

17.     The expedited processing request also detailed the multiple congressional requests for the recording and related information, which served to further demonstrate the impact on public confidence of these questions concerning governmental integrity. *See id*.

18.     EOUSA acknowledged DFF's request on September 23, 2025, and assigned the request tracking number EOUSA-2025-005973.

19.     The FBI acknowledged DFF's request for expedited processing on September 25, 2025. On September 30, 2025, FBI sent an acknowledgment letter and assigned the request tracking number 1684286-000.

20.     OIP issued a letter responding to DFF's request on September 26, 2025, that assigned the request OIP number FOIA-2025-06967 and advised "you may want to direct your request to the FBI as the federal entity most likely to maintain the records you are seeking," but also acknowledged "[w]e note you have already done so."

21.    As of the date of this complaint, DFF has received no further communications from Defendants regarding this request.

*Exhaustion of Administrative Remedies*

22.    As of the date of the Complaint, Defendants have failed to notify DFF of determinations regarding DFF's request for expedited processing of its FOIA request and have failed to grant expedited processing. Through Defendants' failure to grant expedited processing, DFF has constructively exhausted administrative remedies and those failures are subject to judicial review. Further, Defendants have failed to notify DFF of determinations regarding these requests. Through Defendants' failure to respond, DFF has constructively exhausted administrative remedies on these requests and Defendants' failures to issue determinations are subject to judicial review.

**CLAIM FOR RELIEF**

**Count 1 (Violation of FOIA, 5 U.S.C. § 552, Failure to Grant Expedited Processing, Issue Determinations, and Produce Non-Exempt Records)**

23.    Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

24.    By failing to grant Plaintiff's request for expedited processing and by failing to respond to Plaintiff's records requests with determinations within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C. § 552, including but not limited to, their duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records. of Plaintiff's FOIA request, Defendants have violated FOIA. 5 U.S.C. § 552(a)(6)(E)(iii).

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

6

1.    Order Defendants to grant Plaintiff's requests for expedited processing and to process Plaintiff's request on an expedited basis by providing Plaintiff, as soon as practicable, with a determination and non-exempt portions of the requested records;

2.    Order Defendants to conduct adequate searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

> **Formatted:** No underline, English (United States)

3.    Order Defendants to produce, by a date certain, any and all non-exempt responsive records, including segregable portions of any record with exempt material, and a *Vaughn* index of any responsive records withheld under a claim of exemption;

> **Formatted:** No underline, English (United States)

1.4.    Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

2.5.    Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

3.6.    Grant any other relief this Court deems appropriate.

Dated: October 6̶22, 2025

Respectfully submitted,

*/s/ Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No. 1531723)
Amy Vickery (*pro hac vice ̶f̶o̶r̶t̶h̶c̶o̶m̶i̶n̶g̶*)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

8