### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, *Plaintiff*, vs. U.S. DEPARTMENT OF JUSTICE, *Defendants*. | Case No. 25-cv-3559-TJK |

### JOINT PROPOSED BRIEFING SCHEDULE

1. The parties submit this joint proposed briefing schedule pursuit to this Court's December 8, 2025 order.

2. In this Freedom of Information Act ("FOIA") matter concerns Plaintiff Democracy Forward Foundation's ("DFF") request to Defendants Department of Justice ("DOJ") and its component Federal Bureau of Investigation ("FBI") seeking "Any recording (either video or audio) of the meeting on or around September 20, 2024, in Texas between undercover FBI agents and Tom Homan." *See* Am. Compl. ECF No. 5 at 5.

3. Defendant Federal Bureau of Investigation ("FBI") has now responded to Plaintiff with a *Glomar* response asserting that, under FOIA exemptions 6 and 7(C), it can neither confirm nor deny the existence of the requested records.

4. Plaintiff DFF disagrees with Defendants' exemption assertion, at a minimum, on the grounds that the relevant investigation has been officially acknowledged, that high-ranking government officials have made factual representations about the reportedly recorded incident, and that there is a strong interest in public disclosure of the requested records. Defendants disagree

with this characterization.

5.  Summary judgment briefing will be required to resolve the parties' disputes. The parties have conferred and agreed to respectfully propose the following briefing schedule:

   a. Defendants' Motion for Summary Judgment: by March 6, 2026

   b. Plaintiff's Opposition and Cross-Motion for Summary Judgment: by March 25, 2026

   c. Defendants' Opposition and Reply: by April 10, 2026

   d. Plaintiff's Reply: by April 20, 2026

Dated: December 22, 2025                Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No. 1531723)
Amy Vickery (*pro hac vice*)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539

*Attorneys for the United States of America*