UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE et al.,

Defendants.

Civil Action No. 25-3559 (TJK)

**Local Rule 7(h) Statement of Material Facts As to Which There is No Genuine Dispute**

1.    On September 22, 2025 Plaintiff Democracy Forward Foundation submitted two FOIA requests to the FBI.  Declaration of Amie Napier ¶ 5 ("Napier Decl.").

2.    The first request sought "the video recording of the meeting on or around September 20, 2024 in Texas between undercover FBI agents and Tom Homan."  Napier Decl. ¶ 5.

3.    The second request sought "any recording (either video or audio) of the meeting on or around September 20, 2024 in Texas between undercover FBI agents and Tom Homan."  Napier Decl. ¶ 5

4.    Tom Homan currently serves as the White House Border Czar (see Executive Office of the President, Annual Report to Congress on White House Office Personnel, at 4 (Jul. 1, 2025)), but in September 2024 Homan was a private citizen.

5.    In a letter dated December 2, 2025, the FBI denied Plaintiff's FOIA request issuing a *Glomar* response.  Napier Decl. ¶ 6.

6.    Accordingly, the FBI advised Plaintiff that the FBI would neither confirm nor deny the existence of the requested records pertaining to Homan, a third party, pursuant to FOIA

- 2 -

Exemptions 6 and 7(C) because the mere acknowledgement of the existence of FBI records could reasonably be expected to constitute an unwarranted invasion of Homan's personal privacy interest.  Napier Decl. ¶ 10.

7.      The FBI also has determined that the *Glomar* response was proper under Exemption 7(E) because acknowledging whether or not responsive records exist would reveal information about FBI surveillance techniques that are not publicly known.  Napier Decl. ¶ 26.

Dated: April 6, 2026                          Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney


                                              By:        */s/ John J. Bardo*
                                                   JOHN J. BARDO, D.C. Bar #1655534
                                                   Assistant United States Attorney
                                                   601 D Street, NW
                                                   Washington, DC 20530
                                                   (202) 870-6770

                                              *Attorneys for the United States of America*

- 2 -