UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE et al.,,

Defendants.

Civil Action No. 25-3559 (TJK)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that summary judgment is granted in favor of the Defendants and this action is dismissed.

SO ORDERED:

_____
Date

_____
TIMOTHY J. KELLY
United States District Judge